NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT



MARK P. HAYE,                           )
                                        )
           Appellant,                   )
                                        )
v.                                      )          Case No. 2D18-2947
                                        )
STEPHANIE M. WELDON,                    )
                                        )
           Appellee.                    )
                                        )
_____ )

Opinion filed February 22, 2019.

Appeal from the Circuit Court for Pinellas
County; Jack Helinger, Judge.

Teresa O. Prescott, Tampa (withdrew
after briefing), and Kathleen V. Logan,
St. Petersburg, for Appellant.

Paul M. Crochet and Timothy W. Weber
of Weber, Crabb & Wein, P.A., St.
Petersburg, for Appellee.


PER CURIAM.


           Affirmed.



CASANUEVA, VILLANTI, and MORRIS, JJ., Concur.